# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

Marilyn Kelly,
Chief Justice

139258

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 139258
COA: 284569
Oakland CC: 2007-218013-FH

PAUL FOUST RUSHLOW,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

_____
Clerk

p1021